1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**

SEP 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

11  In the Matter of the Search of:            CASE NO. 2:16-SW-566 EFB

12  USPS Priority Mail Parcel, with delivery   SEALING ORDER
    confirmation # 9505 5123 3349 6230 0134 71,
13  addressed to "Steve Starner #113 150 Lincoln  **UNDER SEAL**
    Blvd – Suite 104 Lincoln CA 95648"
14

16                        **SEALING ORDER**

17     Upon Motion of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19  SEALED until further order of this Court.

21  Dated:  8-24-2016                    _____
                                          Hon. Edmund F. Brennan
22                                        United States Magistrate Judge